SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

(212) 455-3539

E-MAIL ADDRESS

jyoungwood@stblaw.com

BY HAND

September 27, 2012

Re: Dandong v. Pinnacle,
No. 10 Civ. 8086 (S.D.N.Y.) (LBS) (GWG)

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED   DATE: 9/28/2012

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Dear Judge Gorenstein:

We represent Defendants Pinnacle Performance Limited, Morgan Stanley Asia (Singapore) Pte., Morgan Stanley & Co. International plc, Morgan Stanley Capital Services LLC (formerly known as Morgan Stanley Capital Services Inc.), and Morgan Stanley & Co. LLC (formerly known as Morgan Stanley & Co. Inc.) (collectively, "Defendants"). We write on behalf of all parties to make this joint request for an extension to substantially complete document production in the above-captioned matter.

*Extension Request*: The deadline for the parties to substantially complete document production is currently September 28, 2012. The parties have met and conferred and jointly request an extension of that deadline to November 12, 2012.

*Previous Extensions*: This is the third request by Plaintiffs or Defendants for an extension of time to substantially complete document production.

*Reason for Extension Request*: Plaintiffs and Defendants are continuing to review and produce documents, but neither Plaintiffs nor Defendants expect to substantially complete document production by September 28, 2012. The parties are also continuing discussions concerning the scope and methods of document production.

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

SIMPSON THACHER & BARTLETT LLP

The Honorable Gabriel W. Gorenstein    -2-    September 27, 2012

*Consent*: The parties have met and conferred regarding the extension and Plaintiffs consent to the proposed extension.

*Other Scheduled Dates*: The requested extension for the parties to substantially complete document production does not affect the other scheduled deadlines in this matter. The other scheduled deadlines in this matter remain as set by this Court's June 18, 2012 Order.

Respectfully submitted,

Jonathan K. Youngwood

cc:   Counsel for Plaintiffs

Enclosure