UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GE DANDONG; LOH TUCK WOH PETER; SINGAPORE GOVERNMENT STAFF CREDIT COOPERATIVE SOCIETY, LTD; NI YAN AMY; ANG SOO CHENG; CHOH GEK HONG JOHNSON; NG SHOOK PHIN SUSAN; and ZHAO YUZHENG, <br><br> Plaintiffs, <br><br> -vs.- <br><br> PINNACLE PERFORMANCE LIMITED; MORGAN STANLEY ASIA (SINGAPORE) PTE; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES INC.; MORGAN STANLEY & CO. INC.; and MORGAN STANLEY, <br><br> Defendants. | Case No.: 10 Civ. 8086 (JMF)(GWG) |

**DECLARATION OF ANDREW M. McNEELA IN SUPPORT OF PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MORGAN STANLEY'S
MOTION TO DISMISS**

Andrew M. McNeela, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney with Kirby McInerney LLP, counsel for plaintiffs and the putative class in the above-captioned action.  I am a member in good standing of the Bar of the State of New York. I respectfully submit this declaration in connection with Plaintiffs' Memorandum of Law in Opposition to Defendant Morgan Stanley's Motion to Dismiss.  I am fully familiar with the facts and circumstances stated herein based upon personal knowledge, the attached documents and my review of the files maintained by my firm.

2.    Annexed hereto as Exhibit 1 is a true and correct copy of a May 2006 product summary regarding Pinnacle Notes Series 1 for the Distributors.

3.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Pinnacle Performance Limited, Pricing Statement Series 1 (Aug. 7, 2006).

4.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Pinnacle Performance Limited, Pricing Statement Series 2 (Oct. 6, 2006).

5.    Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Pinnacle Performance Limited, Pricing Statement Series 3 (Jan. 9, 2007).

6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Pinnacle Performance Limited, Pricing Statement Series 6/7 (May 16, 2007).

7.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Pinnacle Performance Limited, Pricing Statement Series 9/10 (Oct. 25, 2007).

8.    Annexed hereto as Exhibit 7 is a true and correct copy of excerpts from Morgan Stanley publication, *Structured Credit Insights* (April 27, 2007).

9.    Annexed hereto as Exhibit 8 is a true and correct copy of excerpts from Morgan Stanley ACES SPC, Private Placement Memorandum Supplement for Synthetic CDO Series ACES 2006-28 (Sept. 25, 2006).

10.    Annexed hereto as Exhibit 9 is a true and correct copy of excerpts from Morgan Stanley ACES SPC, Private Placement Memorandum Supplement for Synthetic CDO Series 2006-32 (Nov. 20, 2006).

2

11.    Annexed hereto as Exhibit 10 is a true and correct copy of excerpts from Morgan Stanley ACES SPC, Private Placement Memorandum Supplement for Synthetic CDO Series 2007-5 (Feb. 15, 2007).

12.    Annexed hereto as Exhibit 11 is a true and correct copy of excerpts from Morgan Stanley ACES SPC, Private Placement Memorandum Supplement for Synthetic CDO Series 2007-26 (July 5, 2007).

13.    Annexed hereto as Exhibit 12 is a true and correct copy of excerpts from Morgan Stanley ACES SPC, Private Placement Memorandum Supplement for Synthetic CDO Series 2007-41 (Dec. 13, 2007).

14.    Annexed hereto as Exhibit 13 is a true and correct copy of excerpts from the Pinnacle Performance Limited, Base Prospectus (Aug. 7, 2006).

15.    Annexed hereto as Exhibit 14 is a true and correct copy of "Pinnacle Notes Series 5 (the "Series") Historical Price as at 8 April 2011."

16.    Annexed hereto as Exhibit 15 is a true and correct copy of excerpts from a sample Master Distributor Appointment Agreement.

17.    Annexed hereto as Exhibit 16 is a true and correct copy of select pages of the deposition transcript of plaintiff Ge Dandong.

18.    Annexed hereto as Exhibit 17 is a true and correct copy of select pages of the deposition transcript of plaintiff Loh Tuck Woh Peter.

19.    Annexed hereto as Exhibit 18 is a true and correct copy of select pages of the deposition transcript of plaintiff Ni Yan Amy.

20.    Annexed hereto as Exhibit 19 is a true and correct copy of select pages of the deposition transcript of plaintiff Zhao Yuzheng.

21.    Annexed hereto as Exhibit 20 is a true and correct copy of select pages of the deposition transcript of plaintiff Ang Soo Cheng.

22.    Annexed hereto as Exhibit 21 is a true and correct copy of select pages of the deposition transcript of plaintiff Choh Gek Hong Johnson.

23.    Annexed hereto as Exhibit 22 is a true and correct copy of select pages of the deposition transcript of plaintiff Ng Shook Phin Susan.

24.    Annexed hereto as Exhibit 23 is a true and correct copy of select pages of the deposition transcript of a representative of plaintiff the Singapore Government Staff Credit Cooperative Society, Ltd.

25.    Annexed hereto as Exhibit 24 is a true and correct copy of excerpts from Antulio N. Bomfin, *Understanding Credit Derivatives and Related Instruments* (2005).

26.    Annexed hereto as Exhibit 25 is a true and correct copy of excerpts from the Principal Trust Deed between Pinnacle Performance Limited and HSBC Institutional Trust Services (Singapore) Limited.

27.    Annexed hereto as Exhibit 26 is a true and correct copy of Defendants' Rule 26 Initial Disclosures and Exhibit A thereto.

28.    Annexed hereto as group Exhibit 27 are true and correct copies of excerpts from Morgan Stanley ACES SPC, Master Credit Default Swap Confirmations for MS ACES Series 2006-28 (Sept. 25, 2006), Series 2006-32 (Nov. 20, 2006), Series 2007-5 (Feb. 15, 2007), Series 2007-26 (July 5, 2007), and Series 2007-41 (Dec. 13, 2007).

4

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2013                           /s/ Andrew M. McNeela
New York, New York                               Andrew M. McNeela