EXHIBIT 24

Case 1:10-cv-08086-JMF-GWG    Document 134-24    Filed 01/18/13    Page 2 of 3



# Understanding Credit Derivatives and Related Instruments



# ANTULIO N. BOMFIM

126    12.  Credit-Linked Notes

## 12.3   Valuation Considerations

As general rule, the single most important risk exposure in a CLN is, naturally, the credit risk associated with the reference entity. CLN spreads are often wider than the spreads associated with the corresponding reference entities, however, although the issuer may reduce the spread paid under the CLN to cover its administrative costs.

The higher CLN spread reflects the investor's exposure to the counterparty credit risk associated with the CLN issuer; the investor would not be exposed to such a risk if buying a note issued directly by the reference entity. Counterparty credit risk is more important for CLNs issued out of a bank or dealer, rather than from a highly rated special purpose vehicle, which tend to make more widespread use of collateral arrangements, as we shall see in the next chapter.

## 12.4   Variations on the Basic Structure

There are at least as many types, if not more, of CLNs as there are credit derivatives. For instance, while the example discussed in this chapter focused on a CDS-based credit-linked note, earlier CLNs were actually set up to securitize asset swaps (Chapter 5). In addition, the principal-protected notes discussed in Chapter 11 are, in essence, a member of the CLN family.

Credit-linked notes are common features of complex structured products such as synthetic CDOs. Indeed, the cash flows of synthetic CDOs are commonly channeled to investors in the form of coupon and principal payments made by specific CLNs.