# EXHIBIT 25

| | |
|---|---|
| **From:** | Han, Mark (FID) [Mark.Han@morganstanley.com] |
| **Sent:** | Wednesday, October 04, 2006 11:47 AM |
| **To:** | singretail |
| **Subject:** | Pinnacle Series 2 Training Material |
| | |
| **Attachments:** | Pinnacle Series 2 Training Materials (draft 3Oct06)-689664-66252627.ppt |



Pinnacle Series 2
Training Mat...

```
            Philip/Garrett/Daniel/Barney

Please find attached the revised version of the Training Material for
Pinnacle Series 2.

I have taken the Training Material for Pinnacle Series 1 and updated it
for the commercial terms for Series 2. Apart from this, I have not made
changes to the scope and content of the disclosure which had already
been reviewed.

As previously discussed, the Distributors will not be allowed to take
away this Training Material.

I would be grateful if you could let me know whether you have any
comments.

Best regards
Mark

Mark Han
Morgan Stanley | Fixed Income
29/F, Three Exchange Square, Central | Hong Kong
Phone: +852 2848 5869
Fax: +81 3 6401 0032
mark.han@morganstanley.com
```

1

CONFIDENTIAL

SING0192178

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

# Singapore Retail Programme

Private and Confidential - Not for external distribution

## Pinnacle Notes Series 2

October 2006

Morgan Stanley

CONFIDENTIAL

SING0192179

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

# Table of Contents

| Section 1 | Executive Summary |
|-----------|-------------------|
| Section 2 | Summary Terms & Key Risks |
| Section 3 | Collateral Information |
| Section 4 | Appendix – Disclaimer and Important Information |

Morgan Stanley

CONFIDENTIAL

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

Section 1

# Executive Summary

Morgan Stanley

CONFIDENTIAL

SING0192181

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Executive Summary

# Executive Summary

## Pinnacle Notes Series 1 are First-to-Default Credit-linked Notes collateralized by AA rated[2] CDO collateral:

1. First-to-Default basket (the "**FTD Basket**") consists of 7 highly rated[1] sovereign and corporate Reference Entities:

- People's Republic of China (A2*/A/A*)

- Republic of Korea (A3*/A/A+)

- Malaysia (A3/A-/A-)

- Bank of China Limited (A2*/BBB+/A-)

- The Korea Development Bank (A3*/A/A+)

- Malayan Banking Berhad (A3/A-/A-)

- DBS Bank Limited (Aa2/AA-/AA-)

2. Proposed Collateral

- Fitch rated AA[2] Synthetic CDO linked to the credit performance of a global diversified investment grade portfolio

1. Refers to the credit ratings assigned by Moody's, S&P and Fitch, respectively, as extracted on 22 September 2006. Credit ratings are subject to change from time to time.

2. Refers to the credit rating on the date of investment by the Issuer. Credit ratings are subject to change from time to time.

**Morgan**Stanley

Please refer to important information at the end of this material

4

CONFIDENTIAL

SING0192182

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Executive Summary

# Benefits

- No upfront charges or management fees directly to the investors. Pinnacle Notes Series 2 are offered at an issue price of 100% of their denomination

- A convenient way to participate in corporate and sovereign credits market

- An alternative investment to bank deposits and Singapore Government Bonds. Offers the potential for much higher returns by taking credit risk on highly rated sovereigns and corporates. Secured by highly rated Collateral

- Minimum investment amounts (denomination): SGD10,000 or USD5,000

- Morgan Stanley currently intends[1] (in normal market conditions) to provide weekly liquidity on the Notes from 3 months after the Issue Date

<u>Comparison:</u>

SGD
5yr Singapore Government Bond yield around [3.06]% (Ref: Bloomberg, Oct 04, 2006)

→      4.95% SGD coupon rate on Pinnacle Notes Series 2

USD
5yr US Treasury Bond yield around [4.56]% (Ref: Bloomberg, Oct 04, 2006)

→      6.00% USD coupon rate on Pinnacle Notes Series 2

1.  The Notes are illiquid. The Market Agent, Morgan Stanley & Co. International Limited is under no obligation to make a market in the Notes. In the event that it makes a market in the Notes, there can be no assurance that it will continue to do so for any period of time. Prices quoted by the Market Agent will be determined by it in its sole and absolute discretion, and will vary depending on many factors, including, without limitation, prevailing interest rates, general market conditions, the financial condition of the Reference Entities, the liquidity of the Collateral, and the market (if any) for any securities of a nature comparable to that of the Notes. Such prices may be equal to, higher or lower than the issue price of the Notes.



*Please refer to important information at the end of this material*

CONFIDENTIAL

SING0192183

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

**Section 2**

# Summary Terms & Key Risks

Morgan Stanley

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

## Summary Terms & Key Risks

# Summary Terms

| | |
|---|---|
| Issuer: | Pinnacle Performance Limited (a special purpose company incorporated in the Cayman Islands) |
| Issue Date: | Expected to be 16 November 2006 |
| **Offer Period:** | **9 October 2006 to 3 November 2006 (subject to extension or early closure)** |
| Principal Amount (Denomination): | USD Tranche A: USD5,000;<br>SGD Tranche B: SGD10,000 |
| Issue Price: | 100% of principal amount |
| Scheduled Maturity Date: | 16 May 2012 |
| Interest: | USD Tranche A: 6.00% per annum<br>SGD Tranche B: 4.95% per annum<br>Payable semi-annually on 16 May and 16 November in each year. The first interest payment date shall be 16 May 2007 |
| Redemption of Principal Amount: | Redemption at 100% of the principal amount on the Scheduled Maturity Date (unless notice of the occurrence of a Credit Event is given, a Mandatory Redemption Event or an Event of Default occurs or the Issuer exercises its Issuer Call Option) |
| Collateral/Security: | The Notes will be secured by, amongst other assets, (i) Underlying Assets which may include AA-rated[1] portfolio credit-linked securities (i.e. Synthetic CDO Securities) and (ii) the Swap Arrangements |
| Swap Arrangements: | To enable the Issuer to meet its payment obligations on the Notes, the Issuer will enter into an asset swap transaction and a credit default swap transaction with Morgan Stanley Capital Services Inc., in its capacity as Swap Counterparty. The obligations of the Swap Counterparty will be guaranteed by Morgan Stanley. However, the Notes will not be obligations of and will not be guaranteed by either the Swap Counterparty or Morgan Stanley. |
| Issuer Call Option: | The Issuer may redeem both Tranches or either Tranche of the Notes (in whole but not in part) at any time after 16 May 2007, by giving not less than 5 Business Days' notice, at 100% of the principal amount plus accrued interest up to the relevant date fixed for redemption. |

1.      Refers to the credit rating on the date of investment by the Issuer. Credit ratings are subject to change from time to time.



Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192185

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

Summary Terms & Key Risks

# Key Risks

**The Notes are not principal guaranteed.**

Repayment of 100% of the principal amount at maturity is dependent on whether:

- A Credit Event occurs with respect to any one Reference Entity in the FTD Basket; or

- A Mandatory Redemption Event occurs; or

- An Event of Default on the Notes occurs.

**Morgan** Stanley

8

Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192186

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Summary Terms & Key Risks

# Credit Events[1]

**Any one of the following with respect to any Reference Entity comprised in the FTD Basket:**

**Bankruptcy** (Corporate Reference Entities only) – A Reference Entity files for, among other things, bankruptcy, or is dissolved or becomes insolvent

**Failure to Pay** – A Reference Entity fails to make payment (in excess of a pre-agreed threshold) when due (after expiration of any applicable grace period)

**Restructuring** – A Reference Entity restructures its obligations, which effect an interest rate reduction, principal reduction, deferral of interest or principal, change in priority ranking, or change in currency or composition of payment

**Repudiation/Moratorium** – A Sovereign Reference Entity: (1) (i) rejects in whole or in part, or challenges the validity of borrowing obligations in an amount in excess of a pre-agreed threshold or (ii) imposes a moratorium or standstill in respect of one or more borrowing obligations in an aggregate amount in excess of a pre-agreed threshold; and (2) an actual Failure to Pay or Restructuring occurs.

[1] The Credit Event descriptions set out herein are a summary of the ISDA standard technical definitions currently used in the professional credit derivatives market. These descriptions should be read in conjunction with the detailed definitions set out in the Prospectus.  Prospective investors should note that the actual occurrence of a Credit Event will be determined on a strict application of such technical definitions.

**Morgan**Stanley

*Please refer to important Information at the end of this material*

9

CONFIDENTIAL

SING0192187

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

**Summary Terms & Key Risks**

# Credit Events

If a Credit Event occurs with respect to any one of the Reference Entities in the FTD Basket, the Notes will be redeemed on the Credit Event Redemption Date by payment of the Credit Event Redemption Amount.

Interest will cease to accrue from the previous interest payment date – i.e. no further interest will be payable on the Notes until the Credit Event Redemption Date.

The Credit Event Redemption Amount will be determined by Morgan Stanley & Co. International Limited pursuant to an auction process and will reflect the market value of the obligations of the defaulted Reference Entity. The Credit Event Redemption Amount will also be adjusted to reflect any diminution or appreciation in value of the Collateral. The Credit Event Redemption Amount is likely to be significantly less than 100% of the principal amount and could be as low as zero.

If a Credit Event occurs, the Notes will be worth significantly less than the amount invested and Noteholders may lose all of their principal.

**Morgan**Stanley

Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192188

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

**Summary Terms & Key Risks**

# Mandatory Redemption Events/ Events of Default

**Mandatory Redemption Events** include:

1. events which relate to a deterioration in the creditworthiness of the Collateral, such as a payment default, a write-down of the outstanding principal amount or an early redemption below par, or

2. events which affect the structure, such as a termination of the swap arrangements relating to the Notes or the imposition of withholding tax on any payments receivable by the Issuer.

**Events of Default** include:

1. a failure by the Issuer to comply with its obligations under the Notes

2. events relating to the bankruptcy or reorganisation of the Issuer (whether initiated by itself or otherwise)

3. an event of default (howsoever described) occurring with respect to the Collateral

Events set out herein are a summary only and are not exhaustive.

Please refer to the detailed definitions set out in the Prospectus.

**Morgan**Stanley

Please refer to important information at the end of this material

CONFIDENTIAL

SING0192189

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Summary Terms & Risks

# Mandatory Redemption Events/ Events of Default

Upon the occurrence of a Mandatory Redemption Event or an Event of Default:

- the Collateral will be liquidated and the liquidation proceeds will be used to satisfy, among other things, certain costs and expenses of the transaction parties and any amounts due to the Swap Counterparty on termination of the Swap Agreement before being used to redeem the Notes.

- It is likely that investors will receive substantially less than the principal amount of their investment.

Please refer to the detailed provisions set out in the Prospectus.



Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192190

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

Section 3

# Collateral Information

Morgan Stanley

CONFIDENTIAL

SING0192191

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

**Collateral Information**

# Indicative Collateral

Any **Synthetic CDO Security** that is:

- Denominated in USD

- (in respect of Collateral purchased on or about the Issue Date of the Notes) rated at least 'AA' by Fitch

- Not subject to negative rating watch by Fitch

- Matures prior to the Scheduled Maturity Date of the Notes

Selected/arranged by Morgan Stanley & Co. International Limited ("MSIL") in its discretion depending on availability and issue size.

MSIL reserves the right to choose Synthetic CDO Securities rated by any other internationally recognised rating agency (e.g. Moody's or S&P).

**Morgan** Stanley

14

Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192192

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

Collateral Information

# Indicative Collateral

## What is a Synthetic CDO Security?

—A debt security which exposes the holder to the credit risk of a portfolio of reference entities

—The payment of interest and/or repayment of principal the timing and/or amount is subject to, amongst other things, the occurrence of a credit event in respect of one or more reference entities in the portfolio

—The issuer of the debt security will enter into one or more credit default swaps with one or more counterparties to create exposure to the reference entities in the portfolio

**Morgan** Stanley

15

Please refer to important Information at the end of this material

CONFIDENTIAL

SING0192193

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Collateral Information

# Indicative Collateral

**How do Synthetic CDO Securities work?**

— Issued by a limited recourse special purpose company incorporated in a tax haven jurisdiction

— Coupon is paid on outstanding principal amount

— Subordination is reduced by the occurrence of Credit Events (and corresponding losses) relating to the underlying reference entities in the Portfolio

— Principal of the Synthetic CDO is written down after subordination is eaten away as Credit Events (and corresponding losses) occur in the Portfolio

— Credit Events are market standard (based on 2003 ISDA Credit Derivatives Definitions) depending on the type of underlying reference entity: Bankruptcy, Failure to Pay and Restructuring

**Proposed Portfolio*:**

Size: 100 corporate credits
Breakdown: 55 North American credits (US and Canada), 40 Western European credits and 5 Asian or other credits
Max. Industry Concentration: 12%
All corporate credits in the portfolio will be rated BBB- or higher as of the Issue Date

* Subject to change in the discretion of the Arranger before date of investment

Morgan Stanley

*Please refer to important information at the end of this material*

16

CONFIDENTIAL

SING0192194

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Collateral Information

# Indicative Collateral

[100]-name investment grade portfolio

**Portfolio Tranching**

**Not Offered**
Tranche: 4.90%-100%

**Tranche: [4.15%-4.90%]**
Rating: AA by Fitch

**Not offered**
Tranche: 0%-4.15%

**Assuming a recovery rate of 40%, approx 7 Credit Events[1] need to occur with respect to the portfolio before Collateral suffers a principal writedown**

1. If any Credit Events occur, the mark-to-market valuation of the Collateral may be less than par, which will affect the amount received by investors if they choose to sell their investment before maturity or if the Pinnacle Notes are subject to early redemption pursuant to the occurrence of a Credit Event, a Mandatory Redemption Event or an Event of Default



Please refer to important information at the end of this material

CONFIDENTIAL

SING0192195

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

**Collateral Information**

# Advantages of a Synthetic CDO as Collateral

- **Stability** – a AA-rated Synthetic CDO can sustain a number of downgrades and default scenarios before incurring a principal writedown[1]

- **Enhanced Yield vs. Other Investments with equivalent rating** – In the current environment, CDOs provide enhanced yield compared to other fixed income products with an equivalent rating

1. If any Credit Events occur, the mark-to-market valuation of the Collateral may be less than par, which will affect the amount received by investors if they choose to sell their investment before maturity or if the Pinnacle Notes are subject to early redemption pursuant to the occurrence of a Credit Event, a Mandatory Redemption Event or an Event of Default



Please refer to important information at the end of this material

CONFIDENTIAL

SING0192196

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

**Collateral Information**

# Rating Stability

**Historical data**

- AA rated CDOs have historically demonstrated a high degree of rating stability

## AA rated CDO Rating Transition: 1995-2005

|  | 'AAA' | 'AA' | 'A' | 'BBB' | 'BB' | 'B' | 'CCC' | 'CC' and Below |
|---|---|---|---|---|---|---|---|---|
| **Average Annual** | | | | | | | | |
| 'AA' | 2.30% | 91.25% | 2.74% | 1.86% | 1.15% | 0.44% | 0.00% | 0.27% |
| **Average Two-Year** | | | | | | | | |
| 'AA' | 3.44% | 81.93% | 4.20% | 4.71% | 3.18% | 1.27% | 0.25% | 1.02% |
| **Average Three-Year** | | | | | | | | |
| 'AA' | 4.50% | 74.95% | 4.11% | 7.63% | 5.28% | 1.17% | 0.98% | 1.37% |

Source: *Fitch Ratings 1991-2005 U.S. Structured Finance Transition Study*, July 14, 2006

Notes:

1. The above data have been compiled for Cash CDOs and Synthetic CDOs. No meaningful data is available for Synthetic CDOs only.

2. It is important to observe that the rating transitions outlined represent a distinct historical period and may not represent future rating migration patterns.

3. To calculate transition rates, cohorts were created for each year from 1995-2005. A cohort is defined as a fixed pool representing the number of outstanding ratings at the beginning of a respective year. For example, the 2005 cohort may include ratings from 1996, 1997 1998 and so on, if the ratings were indeed outstanding at the beginning of 2005. However, newly rated 2005 issues would be included in the following year's cohort.

4. The cohorts remain fixed over time, with the rating performance of all tranches in each cohort tracked accordingly. A tranche was defined as a class of securities within the same rating category.

5. For the purpose of calculating average one-, two-, and three-year transition rates, the transition rates for each year were weighted by the number of tranches outstanding for each rating category at the beginning of the year or cohort. This was done in order to give a fair evaluation of rating performance relative to the size of the rating pools under observation.

**Morgan**Stanley

Please refer to important Information at the end of this material

19

CONFIDENTIAL

SING0192197

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

**Section 4**

# Appendix – Important Information

Morgan Stanley

CONFIDENTIAL

SING0192198

Private and Confidential – For Morgan Stanley training and informational purposes only.
Not for onward distribution to unauthorised persons

## Appendix – Important Information

# Important Information

**There are significant risks associated with the Notes including, but not limited to credit risk, liquidity and exit risk, no recourse, subordination, volatility, credit event risk on the FTD Basket, credit risk on the Collateral (Synthetic CDO Securities) and tax and accounting implications. This section highlights some of these risks but is not and does not purport to be complete:**

1. The descriptions of the features of the Notes set out in this presentation are a summary only and is incomplete on their own. It is qualified in its entirety by, and should be read in conjunction with , the full text of the Base Prospectus (including the Annex for First-to-Default Notes) dated 7 August 2006 and the Pricing Statement dated 5 October 2006 relating to the Notes (collectively referred to as the "**Prospectus**"). Terms used but not defined in this presentation shall bear the same meanings assigned to them in the Prospectus unless the context requires otherwise. Prospective investors should be advised to read the Prospectus (in particular, the sections headed "Risk Factors" in the Prospectus) and ensure that they understand the nature of the Notes and the risks involved (seeking independent professional advice where appropriate) before deciding whether to purchase the Notes.

2. Payment of interest and repayment of principal due on the Notes depends on, amongst other things, the creditworthiness of the Reference Entities in the FTD Basket and the performance of the Collateral (Synthetic CDO Securities).

3. The Notes are only suitable for investors who understand and are willing to take considerable risks (including credit, liquidity, structural and other risks associated with an investment in the product) and can absorb a partial or complete loss of interest and/or principal.

4. If investors seek to sell their investment before maturity, they may receive less than their initial investment. There is no secondary market for the Notes; accordingly, investors should assume there is no, or very limited liquidity. The value of the Notes will fluctuate depending on, amongst other things, market interest rates, the credit quality of the Reference Entities in the FTD Basket, the market value of the Collateral (Synthetic CDO Securities) and market conditions generally.

5. An investment in the Notes involves a number of risks. Holders and prospective purchasers of the Notes should ensure that they understand the nature of the Notes and the extent of their exposure to risk and that they consider the suitability of the product as an investment in the light of their own circumstances and financial condition.

6. Holders and prospective purchasers of the Notes should conduct their own investigations and, in deciding whether or not to purchase the Notes , prospective purchasers should form their own views of the merits of an investment linked to the credit performance of the FTD Basket and the Collateral (Synthetic CDO Securities) based upon such investigations and not in reliance on any information given in this publication.

7. Holders and prospective purchasers of the Notes should determine whether an investment in the product is appropriate in their particular circumstances and should consult with their legal, business and tax advisers to determine the consequences of an investment in the product, the appropriate tools to analyze that investment and to arrive at their own evaluation of the investment.

**Morgan**Stanley

Please refer to Important Information at the end of this material

21

CONFIDENTIAL

SING0192199

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Important Information

**This information is confidential and is solely for your internal use.**

This information has been prepared solely for information purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or instrument or to participate in any particular trading strategy. This information is based on or derived from information generally available to the public from sources believed to be reliable. No representation or warranty can be given with respect to the accuracy or completeness of the information, or with respect to the terms of any future offer of transactions conforming to the terms hereof. We do not undertake to update this information. Certain assumptions may have been made in the analysis that resulted in any information and returns/results detailed herein. No representation is made that any results/returns indicated would be achieved or that all assumptions in achieving these returns have been considered or stated. Changes to the assumptions may have a material impact on any results/returns detailed. Morgan Stanley & Co. International Limited and its affiliates disclaim any and all liability relating to this information, including without limitation any express or implied representations or warranties for statements contained in, and omissions from, this information. Additional information is available on request. Morgan Stanley & Co. International Limited and others associated with it may deal as principal in or own or act as market maker for securities and instruments mentioned herein or of issuers mentioned herein and may also advise or seek to advise issuers of such securities and instruments. Where you provide us with information relating to a customer order or proposed transaction, we may use that information to facilitate the execution of your order or transaction, in managing our market making, other client facilitation activities or otherwise in carrying out our legitimate business (which may include, but is not limited to, hedging a risk or otherwise limiting the risks to which we are exposed). Where we commit our capital in relation to either ongoing management of inventories used to facilitate clients, or in relation to providing you with quotes we may make use of that information to enter into transactions that subsequently enable us to facilitate clients on terms that are competitive in the prevailing market conditions. Past performance is not necessarily indicative of future results. Price and availability are subject to change without notice. Morgan Stanley does not give investment, tax, accounting and legal or regulatory advice and prospective investors should consult with their professional advisors. Unless indicated, these views are the author's and may differ from those of Morgan Stanley research analysts or others in the Firm. This communication is not a product of Morgan Stanley's Research Department and should not be regarded as a research report. This communication is directed at sophisticated prospective investors in order to assist them in determining whether they have an interest in the type of securities described herein. In the UK it is directed only to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).

Morgan Stanley

22

CONFIDENTIAL

SING0192200

Private and Confidential – For Morgan Stanley training and informational purposes only. Not for onward distribution to unauthorised persons

## Important Information

This information is being disseminated in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

This information has not been registered as a prospectus with the Monetary Authority of Singapore. Accordingly, this document and any other material accompanying this document may not be circulated or distributed without the prior authorisation and consent of Morgan Stanley.

Morgan Stanley

23

CONFIDENTIAL

SING0192201

NON-RESPONSIVE DOCUMENT

CONFIDENTIAL

SING0192202

NON-RESPONSIVE DOCUMENT

CONFIDENTIAL

SING0192203

NON-RESPONSIVE DOCUMENT

CONFIDENTIAL                                                                                                 SING0192204

NON-RESPONSIVE DOCUMENT

CONFIDENTIAL

SING0192205