# EXHIBIT 66



**CDO and Structured Funds Group**                                    **March 2002**

# The Barclays Capital Guide to Cash Flow Collateralized Debt Obligations



**BARCLAYS**

**Author:**

**Iftikhar U. Hyder**
Tel:  +1 (212) 412-2986
Fax: +1 (212) 412-1732
iftikhar.hyder@barcap.com

March 8, 2002

**CDO and Structured Funds
Group Contacts:**

**Eileen Murphy**
+1 (212) 412-2618 New York
+44 (0) 7899-065279 London
eileen.murphy@barcap.com

**Iftikhar U. Hyder**
+1 (212) 412-2986
 iftikhar.hyder@barcap.com

**Gerard O'Connor**
+1 (212) 412-2971
gerard.o'connor@barcap.com

**Harris Cohen**
+1 (212) 412-1457
harris.cohen@barcap.com

**Emina Besirevic**
+44 (020) 7773-9966
emina.besirevic@barcap.com

**CDO and Structured Funds
Group**
+1 (212) 412-CDO8

# Table of Contents

**Introduction** .................................................................................................. **1**
Collateral Asset Classes ............................................................................... 1
The Asset Manager ....................................................................................... 1
Note Classes and the Priority of Payments ................................................... 1
Arbitrage, Balance Sheet and Synthetic CDOs ............................................. 2
Market Growth ............................................................................................... 2
Product Evolution .......................................................................................... 2

**Benefits to Asset Managers and CDO Equity Investors** ........................... **4**
Insulation from Market Value Volatility ........................................................... 4
Leveraged Yield ............................................................................................. 4
Broad Diversification ...................................................................................... 4
Increase in Assets under Management ........................................................... 5
Committed Funds ........................................................................................... 5
Stability of Management Fees ........................................................................ 5
Senior and Subordinated Fees ...................................................................... 5
Incentive Fees ............................................................................................... 5

**Types of Cash Flow CDOs** .......................................................................... **6**
Classification by Structure ............................................................................. 6
    Cash Structures ....................................................................................... 6
    Synthetic Structures ................................................................................. 6
Classification by Issuer Motivation ................................................................ 7
    Arbitrage cash flow CDOs ........................................................................ 7
    Balance sheet CDOs ................................................................................ 7
Classification by Asset Class ......................................................................... 7
Classification by Country or Region ............................................................... 8
    U.S. High Yield CDOs .............................................................................. 8
    European CDOs ........................................................................................ 8
    Emerging Market CDOs ............................................................................ 8
    Asian CDOs .............................................................................................. 9
    Japanese CDOs ....................................................................................... 9
    Korean CDOs ........................................................................................... 9

**Underlying Collateral Characteristics** ...................................................... **10**
High Yield Bonds ........................................................................................... 10
U. S. High Yield ............................................................................................. 11
European High Yield ...................................................................................... 11
Leveraged Loans ........................................................................................... 12
Leveraged Loans in Europe and the U.S. ...................................................... 13
Investment Grade Debt .................................................................................. 13
Non-Funded and Partially Funded Debt Commitments ................................... 14
Variable Funding Notes .................................................................................. 14
Emerging Market Debt .................................................................................... 14
Emerging Market Corporate Debt ................................................................... 15
Emerging Market Bilateral Debt ...................................................................... 15

Mezzanine Debt ....................................................................................................................16

U.S. Mezzanine Debt ...........................................................................................................16

Mezzanine Debt in Europe ...................................................................................................16

ABS and MBS .......................................................................................................................16

PIK Interest on ABS and MBS ..............................................................................................17

Interest Rate Sensitivity on ABS and MBS ...........................................................................17

Stripped MBS .......................................................................................................................17

European ABS and MBS .......................................................................................................18

REIT Debt .............................................................................................................................19

Project Finance Debt ............................................................................................................19

Distressed Debt and DIP Financing ......................................................................................19

Forfaiting Debt ......................................................................................................................20

Synthetic Securities and Credit Linked Notes .......................................................................20


**Transaction Structure and Mechanics** ................................................................................**21**

Pre-closing Period ................................................................................................................21

Ramp-up Period ....................................................................................................................21

Reinvestment Period ............................................................................................................21

Amortization Period ..............................................................................................................22

Asset Manager ......................................................................................................................22

Trustee/Custodian ................................................................................................................22

Hedge Counterparty .............................................................................................................22

Synthetic Security Counterparties ........................................................................................22

Bond Insurer .........................................................................................................................22

SPV Administrator ................................................................................................................22

Loss Protection to the Rated Notes ......................................................................................25

Overcollateralization and Subordination ...............................................................................25

Excess Spread ......................................................................................................................26

Reserves ...............................................................................................................................26

External Credit Enhancement ...............................................................................................26

Interest Rate Hedges ............................................................................................................26

Currency Hedges ..................................................................................................................27

Collateral Quality Tests .........................................................................................................27

Early Amortization Triggers ..................................................................................................28

    Interest Coverage Tests ..................................................................................................28

    Principal Coverage Tests .................................................................................................28

Par Value vs. Market Value ...................................................................................................30

Coverage Ratios by Note Class .............................................................................................31

Priority of Payments ..............................................................................................................31

Solutions for Equity and Subordinated Note Investors ..........................................................34


**The Role of the Asset Manager** .........................................................................................**35**

Responsibilities ....................................................................................................................35

Role as Equity Investor .........................................................................................................35

Asset Selection .....................................................................................................................35

Timing and Prices .................................................................................................................35

Expertise vs. Diversification..........................................................................................36

Performance History .....................................................................................................36

Trading Philosophy .......................................................................................................36

Credit and Research Capabilities .................................................................................36

Workout Experience .....................................................................................................36

Key Personnel ..............................................................................................................36

Compensation...............................................................................................................36

Evaluation Meetings .....................................................................................................36

**Trading Constraints and CDO Reinvestment Criteria**............................................**38**

Sale of Assets ..............................................................................................................38

Purchase of Replacement Assets ................................................................................38

**CDO Equity Return Analysis** ......................................................................................**40**

Scenario Analysis and Assumptions ............................................................................40

Impact of Assets' Purchase Price.................................................................................41

Impact of Default Rates, Timing and Spikes ................................................................41

Impact of Coupon and Spread......................................................................................42

Impact of Recovery Rate and Timing ...........................................................................42

Impact of Trading Gains ...............................................................................................42

**Summary of Major Risks for CDO Investors**............................................................**43**

Credit Risk ....................................................................................................................43

Interest Rate Risk .........................................................................................................43

Liquidity Risk.................................................................................................................43

Prepayment Risk ..........................................................................................................43

Reinvestment Risk........................................................................................................43

Asset Manager Risk......................................................................................................44

Currency Risk ...............................................................................................................44

Counterparty/Bivariate Risk..........................................................................................44

Systemic Risk ...............................................................................................................44

**Glossary of Terms** .......................................................................................................**45**

## Charts

Chart 1:   Share of CDOs in ABS issuance by collateral in Europe (1996 – 2001).......3

Chart 2:   2000 Nominal GDP, Europe and the U.S. ..................................................12

Chart 3:   Outstanding high yield debt (December 31, 2000) .....................................12

Chart 4:   Emerging market bond issuance (excluding debt exchanges)
by currency in 2000 ...................................................................................15

Chart 5:   Emerging market bond issuance (excluding debt exchanges)
by currency, 2001....................................................................................15

Chart 6:   Volume of European ABS and MBS issuance (excluding synthetics),
1995 - 2001 ...............................................................................................18

Chart 7:   European ABS and MBS issuance (excluding synthetics), 1998 - 2001.....19

Chart 8:   Impact of default rate on expected equity IRR ...........................................41

Chart 9:   Impact of default timing on expected equity IRR ........................................41

Chart 10:  Impact of spike in default rate on expected equity IRR .............................42

## Figures

Figure 1:   Types of cash flow CDO transactions ..........................................................6

Figure 2:   Sample arbitrage CDO cash flows on closing date....................................23

Figure 3:   Sample arbitrage CDO ongoing cash flows ...............................................24

Figure 4:   Sample cash flow CDO capital structure....................................................25

## Tables

Table 1:   Examples of CDO collateral assets ...........................................................10

Table 2:   Sample overcollateralization ratio for subordinated notes .........................30

Table 3:   Sample interest coverage ratio for subordinated notes..............................30

Table 4:   Sample position of various parties within priority of payments from
interest receipts (sequential repayment of principal) ..............................32

Table 5:   Sample position of various parties within priority of payments from
principal receipts (sequential repayment of principal)............................33

Table 6:   Sample solutions for CDO equity investors................................................34

Table 7:   Sample discussion topics for investors' meeting with asset manager ........37

Table 8:   Sample assumptions for equity return analysis..........................................40

The transfer of loans from a seller's books to the SPV is more complicated than the acquisition of debt securities. Sometimes lending terms prohibit the assignment (i.e. sale) of loans, because the borrower values the relationship with the lending bank and wishes to protect it.  In all cases, banks that wish to securitize their corporate loan portfolios to gain capital relief must carefully manage the underlying lending relationships.

**Amortization Period**

The reinvestment period is followed by the "amortization period," during which all cash received from repayment of principal is used to pay down the liabilities and cannot be reinvested in eligible assets.  The amortization period can be as short as 5 years for high yield CDOs and as long as 30 years for ABS/MBS CDOs.  During this period the portfolio becomes more concentrated, and its cash flows become lumpier.

On the closing date, the SPV also enters into agreements with the following parties:

**Asset Manager**

The asset manager is by far the most important participant in any CDO transaction. In arbitrage transactions, the asset manager is responsible for managing the SPV's portfolio of assets and receives a predetermined fee from the SPV for this service. The asset manager enjoys tremendous discretion in managing assets within the transaction guidelines. In balance sheet transactions, however, the issuing bank plays a more limited role, which mostly consists of administering and servicing assets transferred from its balance sheet.

**Trustee/Custodian**

The trustee, or custodian, performs a fiduciary function. Trustee may also serve as calculation agent, and is responsible for safe custody of SPV's assets and for ensuring compliance with the CDO's requirements.   While the asset manager advises and directs trading, the trustee carries out trades, after ensuring that various collateral quality and coverage tests are met.

**Hedge Counterparty**

Traditionally, the hedge counterparty has provided interest rate hedges (basis swaps and rate caps). With the evolution of CDOs and their spread beyond the United States, hedge counterparties have begun to offer a wider range of hedging products, including currency swaps, total return swaps, timing hedges, liquidity swaps, etc.

**Synthetic Security Counterparties**

Synthetic security counterparties sell the SPV credit linked notes, credit default swaps, total return swaps and other credit derivatives.

**Bond Insurer**

In some transactions, the SPV also enters into an insurance agreement with a bond insurer, who acts as an external credit enhancer. The bond insurer guarantees the payment of principal and interest on one or more classes of notes issued by the CDO.

To insure (or "wrap") payments on notes, the bond insurer usually issues an insurance policy (or in synthetic transactions, writes a portfolio default swap with the SPV) guaranteeing the timely payment of interest and ultimate principal on the guaranteed notes, which are generally the senior-most notes issued by the SPV. The rating of the wrapped notes reflects the claims paying ability of the bond insurer.

Typically, bond insurers involved in CDO transactions have AAA ratings. However, in recent years, bond insurers with lower ratings have also participated in CDO transactions, reflecting investors' growing level of comfort with CDOs.

**SPV Administrator**

The SPV administrator performs certain administrative functions on behalf of the SPV.

22

# Barclays Capital Offices

## The Americas

**Bogota**
+571 312 8966

**Mexico City**
+525 662 2200

**San Francisco**
+1 415 765 4700

**Buenos Aires**
+5411 4315 3370

**Miami**
+1 305 533 3333

**San Paulo**
+5511 284 3564

**Chicago**
+1 312 341 3300

**New York**
+1 212 412 4000

## Europe/Africa

**Frankfurt**
+49 69 71 6100

**Lugano**
+41 91 912 16 00

**Paris**
+33 1 4458 3232

**Geneva**
+41 22 715 02 44

**Madrid**
+34 91 336 1778

**Prague**
+4202 2422 9872

**Johannesburg**
+2711 441 6300

**Milan**
+39 2 6372 2511

**Warsaw**
+48 22 635 0565

**London**
+44 20 7623 2323

**Moscow**
+7 503 956 3100

## Asia Pacific

**Beijing**
+86 10 6512 2288

**Kuala Lumpur**
+603 2148 8688

**Sydney**
+612 9220 6000

**Mumbai**
+91 22 284 2888

**Seoul**
+822 397 3000

**Tokyo**
+813 3276 1100

**New Delhi**
+91 11 371 5255

**Shanghai**
+8621 6279 8279

**Hong Kong**
+852 2903 2000

**Singapore**
+65 395 3000

This publication has been prepared by Barclays Capital - the investment banking division of Barclays Bank PLC and its affiliates worldwide ('Barclays Capital'). This publication is provided to you for information purposes, any pricing in this report is indicative and is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The information contained herein has been obtained from sources believed to be reliable but Barclays Capital does not represent or warrant that it is accurate and complete. The views reflected herein are those of Barclays Capital and are subject to change without notice. Barclays Capital and its respective officers, directors, partners and employees, including persons involved in the preparation or issuance of this document, b from time to time act as manager, co-manager or underwriter of a public offering or otherwise deal in, hold or act as market-makers or advisors, brokers or commercial and/or investment bankers in relation to the securities or related derivatives which are the subject of this report.

Neither Barclays Capital, nor any officer or employee thereof accepts any liability whatsoever for any direct or consequential loss arising from any use of this publication or its contents. Any securities recommendations made herein may not be suitable for all investors. Additional information regarding this report will be furnished upon request.

This document has been approved for distribution in the UK by Barclays Bank PLC, regulated by the Securities and Futures Authority ('SFA') for the conduct of investment business.

Barclays Capital Inc. accepts responsibility for the distribution of this report in the United States within the meaning of Regulation S of the US Securities Act 1933. Any transactions by US persons in any security discussed herein must be carried out through Barclays Capital Inc., 222 Broadway, New York, 10038. Clients should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

Copyright in this report is owned by Barclays Capital (© Barclays Bank PLC, 2001) - no part of this report may be reproduced in any manner without the prior written permission of Barclays Capital. Barclays Bank PLC is registered in England No. 1026167. Registered office 54 Lombard Street, London EC3P 3AH.