# KIRBY McINERNEY LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2013

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

**BY E-MAIL**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

April 29, 2013

Plaintiffs' application to file an oversize reply brief is GRANTED. Any application with respect to the motion to exclude should be directed to Magistrate Judge Gorenstein, as the case was referred to him for general pretrial purposes, including non-dispositive motion practice.

Re:   *Dandong v. Pinnacle Performance Ltd.,*
      No. 10 Civ. 8086 (JMF)(GWG) (S.D.N.Y.)

SO ORDERED.

[signature]

April 30, 2013

Dear Judge Furman:

    We represent Plaintiffs in the above-referenced action. We write to respectfully request an enlargement of the page limitation, from 10 pages to 20 pages, for Plaintiffs' reply memorandum of law in support of their motion for class certification (which is due to be filed on May 10, 2013). We also respectfully request an extension of time, to May 17, 2013, for Plaintiffs' memorandum of law in opposition to Defendants' motion to exclude the declarations of Plaintiffs' experts (which, excluding method of service considerations, is due to be filed on May 10, 2013). This is Plaintiffs' first request for an extension of time. Defendants do not oppose either request. Defendants likewise request an extension of time, to May 31, 2013, for their reply memorandum of law in support of their motion to exclude the declarations of Plaintiffs' experts (which, excluding method of service considerations, is due to be filed on May 17, 2013). This is Defendants' first request for an extension of time. Plaintiffs do not oppose this request.

    We thank the Court for its consideration of these requests.

Respectfully submitted,

[signature]

Daniel Hume

cc:   **By E-mail**
      Counsel for Defendants

NEW YORK          TEXAS