# KIRBY McINERNEY LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2013
```

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
www.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

May 1, 2013

**BY FACSIMILE (212) 805-4268**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Upon reflection, given the relationship between the motion for class certification and the motion to exclude, the Court has decided to deal with this application as well. The application is hereby GRANTED.

SO ORDERED.

*[signature]*

May 2, 2013

Re:   *Dandong v. Pinnacle Performance Ltd.,*
       No. 10 Civ. 8086 (JMF)(GWG) (S.D.N.Y.)

Dear Judge Gorenstein:

      We represent Plaintiffs in the above-referenced action. We write respectfully to request a one week extension of time, to May 17, 2013, for Plaintiffs' memorandum of law in opposition to Defendants' motion to exclude the declarations of Plaintiffs' experts (which, excluding method of service considerations, is due to be filed on May 10, 2013). Plaintiffs are concurrently drafting their reply memorandum of law in support of their motion for class certification, which is due to be filed on May 10, 2013, and therefore need this extension in order to sufficiently address the points Defendants raise in their motion to exclude. This is Plaintiffs' first request for an extension of time. Defendants do not oppose this request. Given Plaintiffs' request, Defendants likewise request an extension of time, to May 31, 2013, for their reply memorandum of law in support of their motion to exclude (which, excluding method of service considerations, is due to be filed on May 17, 2013). This is Defendants' first request for an extension of time. Plaintiffs do not oppose this request.

      We thank the Court for its consideration of these requests.

Respectfully submitted,

*[signature]*

Andrew McNeela

cc:   **By E-mail**
       Counsel for Defendants

NEW YORK        TEXAS