10/07/2013 16:28 FAX 212 751 2540            KIRBY McINERNEY LLP                    ☒004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE DANDONG; LOH TUCK WOH PETER;
SINGAPORE GOVERNMENT STAFF CREDIT
COOPERATIVE SOCIETY, LTD; NI YAN AMY;
ANG SOO CHENG; CHOH GEK HONG JOHNSON;
NG SHOOK PHIN SUSAN; and ZHAO YUZHENG,

Plaintiffs,

-vs.-

PINNACLE PERFORMANCE LIMITED; MORGAN
STANLEY ASIA (SINGAPORE) PTE; MORGAN
STANLEY & CO. INTERNATIONAL PLC; MORGAN
STANLEY CAPITAL SERVICES INC.; MORGAN
STANLEY & CO. INC.; and MORGAN STANLEY,

Defendants.

Case No.: 10 Civ. 8086
(JMF)(GWG)



ELECTRONICALLY FILED
FILED: 10/8/13

## [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES

The Court has for its consideration the parties' letter requesting an extension to certain deadlines in the above-captioned matter. Upon consideration of the request, and for good cause shown, the application is granted, and

IT IS THEREFORE ORDERED, that certain deadlines in the above-captioned matter be set as forth below:

| EVENT | NEW DEADLINE |
|---|---|
| Close of Fact Discovery | January 24, 2014 |
| Exchange of Initial Expert Reports by Parties who Bear the Burden of Proof on Any Issue | February 14, 2014 |
| Exchange of Expert Rebuttal Reports | March 14, 2014 |
| Expert Depositions Completed | June 13, 2014 |

| Dispositive Motions | August 11, 2014 |
| --- | --- |
| Opposition to Dispositive Motions | September 8, 2014 |
| Reply in Support of Dispositive Motions | October 6, 2014 |
| Filing of Proposed Pretrial Order | Within 30 days after the resolution of all dispositive motions before the Court (unchanged) |

SO ORDERED this 8th day of October, 2013:

*[signature]*

**Gabriel W. Gorenstein**
**United States Magistrate Judge**
**Southern District of New York**

2