UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GE DANDONG et al.,                                          :

                                                       :    ORDER
                     Plaintiffs,                          10 Civ. 8086 (JMF) (GWG)

                                                       :
   -v.-                                                   :

PINNACLE PERFORMANCE LIMITED et al.,         :

                                                       :
                     Defendants.                           :
-----------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The time of the discovery conference on Tuesday, April 29, 2014 is changed to 3:00 p.m. The Court will also address the issue raised in the April 22, 2014 letter at the conference.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly. Each attorney is directed to ensure that all other attorneys are aware of the new conference time.

      SO ORDERED.

Dated: April 25, 2014
       New York, New York

                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/25/14]