**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GE DANDONG; LOH TUCK WOH PETER; SINGAPORE GOVERNMENT STAFF CREDIT COOPERATIVE SOCIETY, LTD; NI YAN AMY; ANG SOO CHENG; CHOH GEK HONG JOHNSON; NG SHOOK PHIN SUSAN; and ZHAO YUZHENG,<br><br>Plaintiffs,<br><br>-vs.-<br><br>PINNACLE PERFORMANCE LIMITED; MORGAN STANLEY ASIA (SINGAPORE) PTE; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES INC.; MORGAN STANLEY & CO. INC.; and MORGAN STANLEY,<br><br>Defendants. | Civil Action No. 10 Civ. 8086 (JMF) (GWG) |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's December 2, 2014 Order Preliminarily Approving the Proposed Settlements and Approving Notice to the Class, and upon the accompanying: (i) Declaration of Daniel Hume in Support of Final Approval of the Proposed Class Action Settlement, Plan of Distribution, Award of Attorney's Fees and Expenses and Class Representative's Requests for Reimbursement of Expenses, dated May 28, 2015; (2) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Distribution; (iii) Declaration of Eric S. Schachter on Behalf of A.B. Data, Ltd. Regarding Mailing of Notice to Potential Class Members and Publication of Summary Notice, dated May 27, 2015; and (iv) all other papers and proceedings herein, Lead Plaintiffs Ge Dandong, Loh Tuck Woh Peter, Singapore Government

Staff Credit Cooperative Society, Ltd, Ni Yan Amy, Ang Soo Cheng, Choh Gek Hong Johnson, Ng Shook Phin Susan, and Zhao Yuzheng (collectively, "Lead Plaintiffs") will and do hereby move this Court, before the Honorable Jesse M. Furman, on July 2, 2015, at 9:30 a.m. in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, or such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for entry of an Order approving the proposed Plan of Distribution as fair and reasonable. A copy of the [Proposed] Final Judgment and Order of Dismissal with Prejudice, which was previously filed on November 14, 2014 in connection with the Preliminary Approval Motion (ECF No. 194-6), is attached hereto.

Dated: May 28, 2015

Respectfully submitted,

KIRBY McINERNEY LLP

*/s/ Daniel Hume*

Daniel Hume
Andrew M. McNeela
Christopher S. Studebaker
Meghan J. Summers
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

*Lead Counsel for Lead Plaintiffs and the Class*