**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GE DANDONG; LOH TUCK WOH PETER; SINGAPORE GOVERNMENT STAFF CREDIT COOPERATIVE SOCIETY, LTD; NI YAN AMY; ANG SOO CHENG; CHOH GEK HONG JOHNSON; NG SHOOK PHIN SUSAN; and ZHAO YUZHENG,

Plaintiffs,

-vs.-

PINNACLE PERFORMANCE LIMITED; MORGAN STANLEY ASIA (SINGAPORE) PTE; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES INC.; MORGAN STANLEY & CO. INC.; and MORGAN STANLEY,

Defendants.

No. 10 Civ. 8086 (JMF) (GWG)

**ECF Case**

**LEAD PLAINTIFFS' NOTICE OF MOTION**
**TO AUTHORIZE DISTRIBUTION OF NET SETTLEMENT FUND**

Lead Plaintiffs Ge Dandong, Loh Tuck Woh Peter, Singapore Government Staff Credit Cooperative Society, Ltd, Ni Yan Amy, Ang Soo Cheng, Choh Gek Hong Johnson, Ng Shook Phin Susan, and Zhao Yuzheng (collectively, "Lead Plaintiffs"), on behalf of the Class,[1] respectfully move for entry of a proposed Order (the "Distribution Order") pursuant to Rule 23 of the Federal Rules of Civil Procedure, which will, *inter alia*:

1. Approve distribution of the Net Settlement Fund established by the Settlement of the action to Authorized Claimants;

2. Approve the timely valid claims of Authorized Claimants identified in the list of Authorized Claimants, attached as Exhibit B to the Declaration of Eric S. Schachter On Behalf of

[1] All capitalized terms not otherwise defined shall carry the meaning set forth in the Settlement Agreement, dated November 7, 2014 (the "Settlement Agreement") [ECF No. 194-1].

A.B. Data, Ltd. in Support of Lead Plaintiffs' Motion to Authorize Distribution of Net Settlement Fund ("Schachter Distribution Declaration"), filed concurrently herewith;

3. Allow A.B. Data, Ltd. (the "Claims Administrator") to deem timely and otherwise eligible claims that were submitted after the June 2, 2015 claims filing deadline but received no later than February 29, 2016 as they are identified in the list of authorized but late claimants, attached as Exhibit C to the Schachter Distribution Declaration;

4. Approve the rejection of ineligible claimants as identified in and attached as Exhibit D to the Schachter Distribution Declaration;

5. Direct that distribution of the balance of the Net Settlement Fund be made to the Authorized Claimants in Exhibits B and C to the Schachter Distribution Declaration;

6. Following consultation with Lead Counsel, allow the Claims Administrator to reallocate to Authorized Claimants (including late claimants approved by the Court) any residual funds remaining in the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise) six (6) months after the initial distribution, if economically feasible, and thereafter to donate any remaining balance to an appropriate not-for-profit organization certified under the United States Internal Revenue Code § 501(c)(3), to be designated by Lead Counsel in consultation with Morgan Stanley and approved by the Court; and

7. Allow the destruction of (a) paper copies of the Proofs of Claim and all supporting documentation one year after final distribution of the Net Settlement Fund and (b) electronic copies of the Proofs of Claim and all supporting documentation three years after final distribution of the Net Settlement Fund.

In support of this motion, Lead Plaintiffs rely on the Memorandum of Law, the Declaration of Andrew M. McNeela, the Schachter Distribution Declaration with annexed exhibits, each of which is filed concurrently herewith, and all prior proceedings in this action.

A proposed Distribution Order is filed herewith for the Court's consideration.

Dated: March 8, 2016

Respectfully Submitted,

**KIRBY McINERNEY LLP**

By: *__/s/ Andrew M. McNeela__*
Andrew M. McNeela
Daniel Hume
Christopher S. Studebaker
Meghan J. Summers
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

*Lead Counsel for Lead Plaintiffs and the Class*