UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE DANDONG; LOH TUCK WOH PETER; SINGAPORE GOVERNMENT STAFF CREDIT COOPERATIVE SOCIETY, LTD; NI YAN AMY; ANG SOO CHENG; CHOH GEK HONG JOHNSON; NG SHOOK PHIN SUSAN; and ZHAO YUZHENG,

Plaintiffs,

-vs.-

PINNACLE PERFORMANCE LIMITED; MORGAN STANLEY ASIA (SINGAPORE) PTE; MORGAN STANLEY & CO. INTERNATIONAL PLC; MORGAN STANLEY CAPITAL SERVICES INC.; MORGAN STANLEY & CO. INC.; and MORGAN STANLEY,

Defendants.

No. 10 Civ 8086 (JMF) (GWG)

ECF Case

**LEAD PLAINTIFFS' NOTICE OF MOTION TO PERMIT FINAL DISTRIBUTION OF FUNDS AND *CY PRES* DESIGNATION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Eric Schachter, dated October 23, 2018, each of which is filed concurrently herewith, and all prior proceedings in this action, Lead Plaintiffs, on behalf of the Class, respectfully move for entry of an Order (the "Final Distribution Order") pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, approving the distribution of the remaining settlements funds to the *cy pres* designee selected by Lead Counsel in consultation with Morgan Stanley.

A proposed Final Distribution Order is filed herewith for the Court's consideration.

Dated: November 7, 2018

Respectfully Submitted,

**KIRBY McINERNEY LLP**

By: *__/s/ Daniel Hume__*
Daniel Hume (dhume@kmllp.com)
825 Third Avenue, 16th Floor
New York, New York 10022

Tel: (212) 371-6600
Fax: (212)751-2540

*Plaintiffs' Lead Counsel*